RECEIVED
FEB 28 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

FILED BY CLERK OF COURT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Ned Bret Johnson

Docket No. 0:01CR00043-001

**HEARING WAIVER**

I, Ned Bret Johnson, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of up to 120 days in a residential re-entry center as approved by the probation officer and shall observe the rules of that facility.

Signed: Ned Bret Johnson
Ned Bret Johnson

Witness: Kenneth R. Lewis / Kenneth R. Lewis

Dated: 2-20-08