**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

NED BRET JOHNSON,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Ann D. Montgomery
U.S. District Judge

Case No: 01-43 ADM/RLE
Date: May 21, 2008
Court Reporter: Tim Willette
Time Commenced: 4:00 p.m.
Time Concluded: 4:15 p.m.
Time in Court: 15 Minutes

## APPEARANCES:

Plaintiff: Michelle Jones, Assistant U.S. Attorney
Defendant: Doug Olson ☒ FPD ☐ CJA ☐ Retained ☐ To be appointed

## PROCEEDINGS:

☐ Counsel waived. ☐ Appointment of Counsel requested.
☐ Request granted. ☐ Request denied.
☐ **Initial Appearance - Revocation Proceedings.**
☐ **Revocation of Probation - Final Hearing.**
☒ **Revocation of Supervised Release - Final Hearing.**
☐ Hearing on Report on Defendant Under Supervision (Filing No. )
☐ Preliminary Examination ☐ Waived ☐ Detention Hearing ☐ Waived
☐ Federal Public Defender appointed to represent the defendant.
☐ Government's motion for Detention ☐ Granted ☐ Denied.
☒ Defendant admits allegations and waives his right to an evidentiary hearing.

## ORDERED:

Defendant remanded to custody of the U.S. Marshal.

Defendant is sentenced to the custody of the BOP for 1 year and 1 day.

s/Gertie Simon
Courtroom Deputy