UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE U. S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

LANCE S. WILSON
CLERK OF COURT

CYNTHIA J. JENSEN
CHIEF DEPUTY, LAS VEGAS

JAKE HERB
CHIEF DEPUTY, RENO

RECEIVED BY MAIL
MAY 22 2008
CLERK US DIST COURT MINNEAPOLIS MN

May 19, 2008

Clerk, U. S. District Court
District of Minnesota
300 S. Fourth Street, Suite 202
Minneapolis, MN 55415

Rule 5 Docs

RE: USA v. Ned Bret JOHNSON

Your Case No: CR-01-43 ADM/RLE
Our Case No: 2:08-MJ-219-LRL

Dear Clerk:

Enclosed please find certification of the file as of May 19, 2008 , in the above referenced case.

Please acknowledge receipt of the above documents by signing the enclosed copy of this letter and returning it to this court.

Thank you.

LANCE S. WILSON, Clerk
United States District Court

/s/ Karen Richardson
Magistrate Judge Support Clerk

Enclosures

**Receipt of certified copies in the above referenced case is hereby acknowledged this ___ day of _________, 2008.**

**By:________________________**

SCANNED
MAY 23 2008
U.S. DISTRICT COURT ST. PAUL

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of NEVADA

UNITED STATES OF AMERICA
V.
NED BRET JOHNSON

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | CR 01-43 ADM/RLE | 2:08-mj-219-LRL | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment ☐ Information ☐ Complaint X Other (specify) Petition on Supervised Release

**charging a violation of** **U.S.C. §**

**DISTRICT OF OFFENSE**
District of Minnesota at Minneapolis

**DESCRIPTION OF CHARGES:**

Violation of Supervised Release

**CURRENT BOND STATUS:**

☐ Bail fixed at and conditions were not met
X Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel X Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** X No ☐ Yes Language:

**DISTRICT OF** NEVADA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

April 1, 2008
Date

Judge

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

V.

Ned Johnson
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: ~~MJS~~ 2:08-mj-219-LRL

CHARGING DISTRICTS CASE NUMBER: CR-01-43 APN/KR

I understand that charges are pending in the ______ District of Minnesota

alleging violation of Supervised Release (Title and Section) and that I have been arrested in this district and

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( X ) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Ned Johnson
*Defendant*

3/31/08
*Date*

[signature]
*Defense Counsel*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **vs** | ) | **2:08-mj-219-LRL** |
| **NED BRET JOHNSON,** | ) | **ORDER APPOINTING COUNSEL AND DIRECTING THE MARSHAL TO SERVE SUBPOENAS AT GOVERNMENT EXPENSE** |
| **Defendant.** | ) | |

The individual named below, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the Defendant is indigent, therefore:

IT IS ORDERED that the Federal Public Defender for the District of Nevada is hereby appointed to represent Defendant, **NED BRET JOHNSON**.

IT IS FURTHER ORDERED that the Clerk issue subpoenas upon oral request and submission of prepared subpoenas by the attorneys of the office of the Federal Public Defendant, unless said subpoenas are to be served outside the State of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the Government. The Court is satisfied the individual is unable to pay fees and expenses of subpoenaed witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of

Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

IT IS FURTHER ORDERED that if counsel for the individual desires subpoenas to be served outside the State of Nevada, further application pursuant to Federal Rules of Criminal Procedure 17(b) shall be made to the Court, before the issuance of said subpoenas.

DATED this 31st day of MARCH, 2008.

LR Leavitt

UNITED STATES MAGISTRATE JUDGE

# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEVADA*

UNITED STATES OF AMERICA

v.

**ORDER OF DETENTION PENDING SUPERVISED RELEASE REVOCATION HEARING**

NED BRET JOHNSON, ____________________ Case Number: 2:08-mj-219-LRL
*Defendant*

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

**Part I - Findings of Fact**

____ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a (federal offense)(state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is

____ a crime of violence as defined in 18 U.S.C.§3156(a)(4).
____ an offense for which the maximum sentence is life imprisonment or death.
____ an offense for which a miximum term of imprisonment of ten years or more is prescribed in ____________________ *
____ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C.§3142(f)(1)(A)-(C), or comparable state or local offenses.

____ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
____ (3) A period of not more than five years has elapsed since the (date of conviction)(release of the defendant from imprisonment) for the offense described in finding (1)
____ (4) Finding Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

**Alternative Findings(A)**

____ (1) There is probable cause to believe that the defendant has committed an offense
____ for which a maximum term of imprisonment of ten years is described in ____________________.
____ under 18 U.S.C.§924(c).
____ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

**Alternative Findings (B)**

X (1) There is a serious risk that the defendant will not appear.
___ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The defendant has been convicted in this case. The petition alleges that he is on absconder status. When released from custody, the defendant was directed to report to the half-way house and the probation office within 72 hours. The allegation is that he did not report, and his whereabouts were unknown since that time.

**Part II - Written Statement of Reasons for Detention**

I find that the credible testimony and information submitted at the hearing fails to demonstrate that the defendant is not a risk of flight.

**Part III - Directions Regarding Detention**

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: April 23, 2008

LRLeavitt
*Signature of Judicial Officer*

LAWRENCE R. LEAVITT, United States Magistrate Judge
*Name and Title of Judicial Officer*

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955 a).

Det-ord2.wpd

CLOSED

**United States District Court**
**District of Nevada (Las Vegas)**
**CRIMINAL DOCKET FOR CASE #: 2:08-mj-00219-LRL-LRL All Defendants**
**Internal Use Only**

Case title: USA v. Johnson
Other court case number: CR-01-43 ADM/RLE District of Minnesota

Date Filed: 03/31/2008
Date Terminated: 05/19/2008

---

Assigned to: Magistrate Judge Lawrence R. Leavitt
Referred to: Magistrate Judge Lawrence R. Leavitt

**Defendant (1)**

**Ned Bret Johnson**
*TERMINATED: 05/19/2008*

represented by **Nisha Brooks**
Federal Public Defenders Office
411 E. Bonneville Ave
Las Vegas, NV 89101
702-388-6577
Email: ECF_NVCHU@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: FPD*

**Pending Counts** | **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts** | **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

None

**Plaintiff**

**USA** represented by **Nicholas D Dickinson**
US Attorneys Office
333 Las Vegas Blvd. So
Las Vegas, NV 89101
702-388-6336
Email: nicholas.dickinson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2008 | 1 | Rule 5(c)(3) Documents Received as to Ned Bret Johnson. Documents received from the District of Minnesota include the Order for warrant and the Arrest warrant. (KCR) (Entered: 03/31/2008) |
| 03/31/2008 | 2 | MINUTES OF PROCEEDINGS - Initial Appearance in Rule 5(c)(3) Proceeding as to Ned Bret Johnson held on 3/31/2008 before Magistrate Judge Lawrence R. Leavitt. Crtrm Administrator: *Alana Kamaka*; AUSA: *Nicholas Dickinson*; Def Counsel: *Nisha Brooks, AFPD*; PTS: *Sandra Bustos*; Court Reporter/FTR #: *4:04-4:12*; Time of Hearing: *4:00 p.m.*; Courtroom: *3C*; Defendant is present, in custody.<br>Financial Affidavit filed. The Federal Public Defenders Office is appointed as defense counsel. Attorney Nisha Brooks for Ned Bret Johnson added.<br>Waiver of Identity Hearing filed. ORDERED defendant identified as named defendant in indictment/complaint and is held to answer in the District of Minnesota at Minneapolis.<br>Government moves for detention. Defense submits.<br>ORDER defendant is DETAINED remanded to custody.<br>Rule 5 deadline set for 4/14/2008.<br>**(no image attached)** (Copies have been distributed pursuant to the NEF - AKK) (Entered: 04/01/2008) |
| 04/01/2008 | 3 | COMMITMENT TO ANOTHER DISTRICT as to Ned Bret Johnson. Defendant committed to the District of Minnesota at Minneapolis. Signed by Magistrate Judge Lawrence R. Leavitt on 4/1/08. (Copies have been distributed pursuant to the NEF - KCR) (Entered: 04/01/2008) |
| 04/01/2008 | 4 | WAIVER of Rule 5(c)(3) Hearings by Ned Bret Johnson (KCR) (Entered: 04/02/2008) |
| 04/01/2008 | 5 | *SEALED* **SEALED** FINANCIAL AFFIDAVIT by Ned Bret Johnson. (KCR) (Entered: 04/02/2008) |
| 04/01/2008 | 6 | ORDER APPOINTING COUNSEL as to Ned Bret Johnson. FPD appointed as counsel for Defendant, subpoenas issued upon request with exception to out of state subpoenas which will require court approval. Signed by Magistrate Judge Lawrence R. Leavitt on 3/31/08. (Copies have been distributed pursuant to the NEF - KCR) (Entered: 04/02/2008) |

| | | |
|---|---|---|
| 04/23/2008 | 7 | ORDER OF DETENTION in case as to Ned Bret Johnson. Defendant shall be detained pending supervised released revocation hearing. Signed by Magistrate Judge Lawrence R. Leavitt on 4/23/08. (Copies have been distributed pursuant to the NEF - KCR) (Entered: 04/23/2008) |
| 05/06/2008 | 8 | USM Return of 3 Commitment to Another District on 4/23/08, in case as to Ned Bret Johnson (KCR) (Entered: 05/07/2008) |
| 05/19/2008 | 9 | TRANSMITTAL of Rule 5c documents to District of Minnesota, in case as to Ned Bret Johnson (KCR) (Entered: 05/19/2008) |
| 05/19/2008 | | (Court only) **NON-PUBLIC** Terminated defendant Ned Bret Johnson, pending deadlines, and motions. (KCR) (Entered: 05/19/2008) |

UNITED STATES OF AMERICA
DISTRICT OF NEVADA, LAS VEGAS

## CERTIFICATE OF THE CLERK

I, Lance S. Wilson, Clerk of the United Stated District Court for the District of Nevada, do hereby certify that the accompanying documents listed in the attached docket sheet are original documents, or are true and correct copies of the original documents, filed in this Court and are the documents from which the docket entries have been made, and that they constitute the entire record herein:

CASE NUMBER: 2:08-mj-219-LRL

In witness whereof, I have hereunto set my hand and affixed the Seal of said District Court this 19th day of May, 2008.

LANCE S. WILSON,
CLERK OF THE COURT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

By: K. Richardson
Karen Richardson, Deputy Clerk