A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

V.

Ned Bret Johnson

## WARRANT FOR ARREST

0941 - 0321 - 0765 - D

CASE NUMBER: **CR 01-43 ADM/RLE**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Ned Bret Johnson

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Ann D. Montgomery, United States District Court Judge.

Lori Sampson

(By) Lori Sampson, Deputy Clerk

March 21, 2008 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: __________ Date of Arrest: __________

Name and Title of Arresting Officer

Signature of Arresting Officer

RECEIVED U.S. MARSHALS SERVICE MINNESOTA

2008 MAR 21 P 3:51

ARRESTED ON 3-28-08
ARRESTED BY USMS - Las Vegas
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

criminal\warrant.frm

SCANNED
JUN 06 2008
U.S. DISTRICT COURT ST. PAUL